**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JANET M. FONG

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-23631 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 10/02/2015  and confirmed on 01/01/1900 .  The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,319.00 |
| Less Refunds to Debtor | 15,886.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 432.91 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 432.91 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 432.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2193 | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2193 | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 38,468.29 | 0.00 | 0.00 | 0.00 |
|   Acct: 2193 | | | | |
| LV TOWER 52 CONDOMINIUM OWNERS AS | 1,437.91 | 0.00 | 0.00 | 0.00 |
|   Acct: 2689 | | | | |
| * * * N O N E * * * | | | | |
| Priority | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JANET M. FONG | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JANET M. FONG | 11,278.09 | 11,278.09 | 0.00 | 0.00 |
|   Acct: | | | | |
| JANET M. FONG | 2,304.00 | 2,304.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-23631 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| JANET M. FONG | 2,304.00 | 2,304.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 299.15 | 0.00 | 0.00 | 0.00 |
| Acct: 3790 | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR | 2,178.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1416 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 138.96 | 0.00 | 0.00 | 0.00 |
| Acct: 3790 | | | | |
| CERASTES LLC | 25,377.33 | 0.00 | 0.00 | 0.00 |
| Acct: 5380 | | | | |
| INTERNAL REVENUE SERVICE | 19,822.57 | 0.00 | 0.00 | 0.00 |
| Acct: 3790 | | | | |
| JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **TOTAL PAID TO CREDITORS** | | | | 0.00 |

TOTAL CLAIMED
PRIORITY        2,477.15
SECURED       39,906.20
UNSECURED     45.338.86

Date: 07/18/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com